James M. Nelson, SBN 007466
NelsonJ@gtlaw.com
Clair C. Pena, SBN 032756
penac@gtlaw.com
GREENBERG TAURIG, LLP
2375 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Paramount Equity Mortgage, LLC,<br><br>　　　　　　　Defendant. | Case No.<br><br>**NOTICE OF REMOVAL**<br><br>(Removed from Yuma County Justice Court Case No. J1401CV201600378) |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**:

Defendant, Paramount Equity Mortgage, LLC, hereby removes this action pursuant to 28 U.S.C. §§ 1441 and 1446 from the Yuma County Justice Court of the State of Arizona, to the United States District Court for the District of Arizona, based on the following grounds[1]:

1.　　On or about March 1, 2016, Plaintiff Charles A. Gulden ("Plaintiff") filed the Complaint in this action in the Yuma County Justice Court of the State of Arizona, entitled *Charles A. Gulden v. Paramount Equity Mortgage, LLC,* Case No. J1401CV201600378.

2.　　Defendant received by mail a copy of the Summons and Complaint on

---

[1] *See McDowell v. Wetterau, Inc.*, 910 F. Supp. 236 (W.D. Pa. 1995) (applying the "functional test" from *Sun Buick v. Saab Cars USA, Inc.*, 26 F.3d 1259 (4th Cir. 1994) in holding that a justice court is a "state court" for purposes of removal to federal court pursuant to 28 U.S.C. § 1441(a)).

March 4, 2016, however Defendant does not concede it was properly served pursuant to Justice Court Rule of Civil Procedure 113(d)(2). A true and correct copy of all process, pleadings, and other documents filed in the justice court action is being filed with this Notice as required by 28 U.S.C. § 1446(a) and L.R.Civ. 3.6(b), and is attached as **Exhibit A**.

3. Defendant has filed this Notice of Removal within thirty (30) days after service of the initial pleading setting forth a removable claim, and it is timely filed under 28 U.S.C. § 1446(b).

4. The Complaint seeks damages, costs and fees for alleged violations of the Telephone Consumers Protection Act, 42 U.S.C. § 227 (the "TCPA") and the implementing regulations, 47 C.F.R. § 1200.

5. Plaintiff's Complaint arises under the laws of the United States, specifically the TCPA, and gives rise to federal question jurisdiction within the meaning of 28 U.S.C. § 1331. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1441. *See Mims v. Arrow Fin. Servs., LLC*, 132 S.Ct. 740 (2012) (explaining that permissive state court jurisdiction over private TCPA claims does not deprive federal courts of federal question jurisdiction over the same claims).

6. Defendant will attach a copy of this Notice of Removal to its Notice of Removed Action to Adverse Parties and Justice Court and file it with the Clerk of the Yuma County Justice Court of the State of Arizona, pursuant to 28 U.S.C. § 1446(d) and L.R.Civ. 3.6(b). A copy of the Notice of Removed Action to be filed is attached hereto as **Exhibit B**.

RESPECTFULLY SUBMITTED this 23rd day of March, 2016.

        GREENBERG TRAURIG, LLP

        By: */s/ James M. Nelson*
            James M. Nelson
            Clair C. Pena
            *Attorneys for Defendant*

PHX 331683271v1

# CERTIFICATE OF SERVICE

☒ I hereby certify that on March 23, 2016, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and distribution to the following registered participants of the CM/ECF System:

☐ I hereby certify that on March 23, 2016, I served the attached document by e-mail upon the following, who are registered participants of the CM/ECF System:

☒ I hereby certify that on March 23, 2016, I will serve the attached document by First Class United States Mail upon the following:

>Charles A. Gulden
>11802 E. 28th Place
>Yuma, AZ 85367
>chasinyuma@hotmail.com
>*Plaintiff Pro Se*

By: /s/ Linda Bullis
Employee, Greenberg Traurig, LLP

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000

3

PHX 331683271v1