# EXHIBIT A

Charles A. Gulden
11802 E. 28th Pl
Yuma, AZ 85367
Phone: 928-782-5182

**Yuma Justice Court First Precinct**
**In and For the County of Yuma, State of Arizona**
250 W. 2nd Street, Suite A
Yuma, AZ 85364 (928) 817-4100

**PLAINTIFF**
Charles A. Gulden
11802 E. 28th Pl
Yuma, AZ 85367

**Case No:** J1401CV20160 0378

-vs-

**SUMMONS**

**CIVIL**

**DEFENDANT**

Paramount Equity Mortgage, LLC
c/o Matthew Dawson, Registered Agent
8781 Sierra College Blvd
Roseville, CA 95661

**THE STATE OF ARIZONA TO THE ABOVE NAMED DEFENDANT(S):**

1. You are summoned to respond to this complaint by filing an answer with this court and paying the court's required fee. If you cannot afford to pay the required fee, you can request the court to waive or to defer the fee.

2. If you were served with this summons in the State of Arizona, the court must receive your answer to the complaint within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the court must receive your answer to the complaint within thirty (30) days from the date of service. If the last day is a Saturday, Sunday, or holiday, you will have until the next working day to file your answer. When calculating time, do not count the day you were served with the summons.

3. This court is located at: **250 W. 2nd Street, Suite A, Yuma, AZ 85364.**

4. Your answer must be in writing. (a) You may obtain an answer form from the court listed above, or on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. (b) You may visit http://www.azturbocourt.gov/ to prepare your answer electronically; this requires payment of an additional fee. (c) You may also prepare your answer on a plain sheet of paper, but your answer must include the case number, the court location, and the names of the parties.

5. You must provide a copy of your answer to the plaintiff(s) or to the plaintiff's attorney.

**IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THE COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU, AS REQUESTED IN THE PLAINTIFF(S) COMPLAINT.**

Date: MAR 0 1 2016

Judge's Signature
JUSTICE OF THE PEACE {COURT SEAL}

**REQUEST FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT AS SOON AS POSSIBLE BEFORE A COURT PROCEEDING.**

**Notice to the Defendant: A lawsuit has been filed against you in Justice Court!**
**You have rights and responsibilities in this lawsuit. Read this notice carefully.**

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by a managing member. A corporation or an LLC may also be represented by an attorney.

If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at *http://www.azcourts.gov/*, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint **in writing and within twenty (20) days** from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of–state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, and on the Self-Service Center of the Arizona Judicial Branch website at *http://www.azcourts.gov/*, under the "Public Services" tab. You may prepare your answer electronically at *http://www.azturbocourt.gov/*; this requires payment of an additional fee. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

Charles A. Gulden
11802 E. 28th Pl
Yuma, AZ 85367
Phone: 928-782-5182
Email: chasinyuma@hotmail.com

**IN THE YUMA COUNTY JUSTICE COURT**

**STATE OF ARIZONA**

| | |
|---|---|
| CHARLES A. GULDEN,<br>Plaintiff,<br>vs.<br>PARAMOUNT EQUITY MORTGAGE, LLC,<br>Defendant. | Case No.: J1401CV2016003 RK<br><br>COMPLAINT (CIVIL) |

**JURISDICTION AND VENUE**

1. This claim arises from tort and is made pursuant to the federal Telephone Consumers Protection Act (TCPA), 47 U.S.C. §227, and its Federal Communications Commission (FCC) TCPA implementing regulation, 47 C.F.R. §1200.

2. Plaintiff, Charles A. Gulden, is a resident of Yuma County, Arizona. Defendant, Paramount Equity Mortgage, LLC is a California business entity that conducts business activities within or into, but not necessarily limited to or within, the state of Arizona. All acts complained of herein occurred on Plaintiff's residential telephone located in Yuma County, Arizona.

**FACTUAL ALLEGATIONS**

3. On or about 9 February 2016 Defendant or Defendant's employees, agents or parties acting on behalf of the Defendant initiated a series of seven (7) separate telephone calls to Plaintiff's residential telephone number ending in 5182 for the purpose of encouraging the purchase or investment in property, goods or services.

4. Plaintiff has not provided Defendant with his prior express invitation or permission to make telephonic solicitation calls to his residential telephone nor does Defendant or any party calling on its behalf have a personal relationship or an established business relationship with the Plaintiff.

5. For more than thirty-one (31) days prior to Defendant's seven (7) separately initiated calls to Plaintiff's residential telephone, Plaintiff's residential telephone number was registered on the national Do Not Call Registry in which the federal government documents the telephone numbers of persons who do not wish to receive such telephone solicitations.

**TCPA VIOLATIONS I, II, III, IV, V, VI & VII**

6. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

7. Each of the foregoing calls initiated by or on behalf of the Defendant constitute separate negligent violations of the TCPA pursuant to 47 U.S.C. § 227(c), in that the calls were initiated to the Plaintiff's residential telephone number while it was registered on the national Do Not Call Registry.

8. The foregoing calls constitute multiple knowing and/or willful violations of the TCPA, entitling Plaintiff to an award of $1,500.00 in statutory damages for each violation, pursuant to 47 U.S.C. § 227(c)(5)(C).

**TCPA VIOLATION VIII & IX**

9. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

10. On 29 February 2016 Plaintiff made a specific request to Defendant's agent or employee that Plaintiff's telephone number be added to Defendant's internal Do Not Call list,

and Plaintiff specifically requested that a copy of the Defendant's written policy for maintaining a Do Not Call list be made available to him.

11. Defendant's agent or employee, after speaking with her supervisor, stated that Defendant does not have a written Do Not Call policy that can be made available, and Defendant has not provided or made available the requested copy of its written policy to Plaintiff.

12. Independent of the violations cited elsewhere in this Complaint, Defendant's failure to establish and implement written procedures to comply with the national Do Not Call rules and provide or make available upon demand a copy of its written policy for maintaining a Do Not Call list to the Plaintiff constitute violations of 47 C.F.R. §1200(c)(2)(i)(A) and 47 C.F.R. §1200(d)(1), entitling Plaintiff to an award of $1,500.00 in statutory damages pursuant to 47 U.S.C. § 227(c)(5)(C) for each of these violations.

**TCPA VIOLATION X**

13. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

14. Independent of the violations cited elsewhere in this Complaint, Defendant's numerous and multiple violations of the TCPA in respect to the Do Not Call implementing regulations within 47 C.F.R. §1200 indicate that Defendant has failed to train its personnel or others acting on its behalf in procedures established pursuant to the National Do Not Call Registry and rules, pursuant to 47 U.S.C. 227(c)(2), 47 C.F.R. §1200(c)(2)(i)(B), and 47 C.F.R. §1200(d)(2).

15. Defendant's failure to train its personnel and any entity assisting in its compliance in procedures established pursuant to the national Do Not Call Registry and rules constitutes violation of the TCPA, entitling Plaintiff to an award of $1,500.00 in statutory damages,

pursuant to 47 U.S.C. § 227(c)(5)(C).

**RELIEF REQUESTED**

16. Plaintiff seeks monetary damages based on treble the amount of Five Hundred Dollars ($500.00) for each of the ten (10) separate TCPA violations complained of herein, however limiting the total amount of monetary damages requested to the Court's monetary jurisdictional amount of Ten Thousand Dollars ($10,000.00). Plaintiff further claims post judgment interest, court costs and other expenses in connection with this case.

**JURY DEMAND**

17. Plaintiff respectfully requests trial by jury.

Dated this 1st day of March, 2016.

Charles A. Gulden

# EXHIBIT B

James M. Nelson, SBN 007466
NelsonJ@gtlaw.com
Clair C. Pena, SBN 032756
penac@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100

Attorneys for Defendants

**IN THE YUMA COUNTY JUSTICE COURT**

**STATE OF ARIZONA**

| | |
|---|---|
| Charles A. Gulden,<br><br>Plaintiff,<br><br>v.<br><br>Paramount Equity Mortgage, LLC,<br><br>Defendant. | Case No. J1401CV201600378<br><br>**NOTICE OF REMOVED ACTION** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the District of Arizona on March 23, 2016. A copy of the Notice of Removal (without its accompanying exhibits) is attached to this Notice as **Exhibit A,** and is hereby served and filed in the above-entitled action.

RESPECTFULLY SUBMITTED this 23rd day of March, 2016.

GREENBERG TRAURIG, LLP

By: ______________________________
James M. Nelson
Clair C. Pena
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on March 23, 2016, I will file the original attached document with the Clerk of the Court of Yuma Justice Court by First Class United States Mail or third-party carrier to:

Clerk of the Yuma Justice Court
250 W. 2nd Street, Suite A
Yuma, AZ 85364

☒ I hereby certify that on March 23, 2016, I will serve the attached document by First Class United States Mail upon the following:

Charles A. Gulden
11802 E. 28th Place
Yuma, AZ 85367
chasinyuma@hotmail.com
*Plaintiff Pro Se*

By: ______________________________
Employee, Greenberg Traurig, LLP

LAW OFFICES
GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000