James M. Nelson, SBN 007466
NelsonJ@gtlaw.com
Clair C. Pena, SBN 032756
penac@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (602) 445-8000
Facsimile: (602) 445-8100

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>                    Plaintiff,<br><br>v.<br><br>Paramount Equity Mortgage, LLC,<br><br>                    Defendant. | Case No. 2:16-cv-00795-PHX-SRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Charles A. Gulden, and Defendant, Paramount Equity Mortgage, LLC, hereby stipulate and agree that this matter may be dismissed in its entirety with prejudice. The parties shall bear their own costs and attorneys' fees incurred herein.

A proposed form of order is lodged herewith.

RESPECTFULLY SUBMITTED this 23rd day of May, 2016.


                                        GREENBERG TRAURIG, LLP


*s/ Charles A. Gulden (with permission)*       By:  *s/ Clair C. Pena*
Charles A. Gulden                                    Clair C. Pena
*Plaintiff Pro Se*                                   James M. Nelson
11802 E. 28th Place                                  *Attorneys for Defendant*
Yuma, AZ 85367

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 23rd day of May, 2016, to:

Charles A. Gulden
11802 E. 28th Place
Yuma, AZ 85367
chasinyuma@hotmail.com
*Plaintiff Pro Se*

s/ *Linda Bullis*
Employee, Greenberg Traurig, LLP

LAW OFFICES
**GREENBERG TRAURIG**
2375 EAST CAMELBACK ROAD, SUITE 700
PHOENIX, ARIZONA 85016
(602) 445-8000