# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles A. Gulden,<br><br>            Plaintiff,<br><br>v.<br><br>Paramount Equity Mortgage, LLC,<br><br>            Defendant. | Case No. 2:16-cv-00795-PHX-SRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' stipulation (Doc. 27) filed May 23, 2016,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, each side to bear their own costs, expenses and attorney fees.

Dated this 24th day of May, 2016.

_____
Susan R. Bolton
United States District Judge